UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
VILMA RODRIGUEZ :
:
                       Plaintiff, :
: 22-cv-5170 (VSB)
         - v - :
: **ORDER**
BURLINGTON STORES, INC., et al. :
:
                   Defendant. :
------------------------------------------------------------:
X

VERNON S. BRODERICK, United States District Judge:

      In anticipation of the post-discovery conference scheduled for March 30, 2023 at 1:00PM, it is hereby:

      ORDERED that the parties submit a joint status letter by March 29, 2023 as required by the case management plan and scheduling order, updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated: August 30, 2022
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge