

sgrvlaw.com

**Randi A. Wolf**
Direct Dial Number
P 215.241.8903
Direct Fax Number
F 215.531.9160
rwolf@sgrvlaw.com

**Philadelphia Office**
Seven Penn Center
1635 Market Street
7th floor
Philadelphia, PA 19103
P 215.241.8888
F 215.241.8844

**New York Office**
305 Broadway
7th Floor
New York, NY 10007
P 212.520.1195

**New Jersey Office**
One Greentree Centre
10000 Lincoln Drive East
Suite 201
Marlton, NJ 08053
P 856.988.5490

Admitted to practice:
Pennsylvania
New Jersey
New York

July 26, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/27/2023

**MEMO ENDORSED**

**Via ECF**
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   **Rodriguez v. Burlington Stores, Inc. et al.**
      **Civil Action No. 1:22-cv-5170**

Dear Judge Parker:

Our Firm represents Defendants Burlington Stores, Inc., Burlington Coat Factory of Texas, Inc., and Burlington Coat Factory Direct Corporation in the above case. This case is presently scheduled for a settlement conference with Your Honor on August 23, 2023 at 2:00 p.m.

I write now to respectfully request the scheduled conference be adjourned and re-scheduled to a new date due my clients' unavailability on the current date. Plaintiff's counsel has graciously consented to this request.

After conferring with Plaintiff's counsel, and my clients, the parties can suggest September 7, 2023 as an alternate date for the conference. Should that date not be available on the Court's calendar, we would leave it to the Court to assign a new date in October, or later, to ensure all participants' attendance.

On a related note, both the National Claims Manager for Burlington Stores, Inc. (Ms. Christianne Quinn) and Burlington's Third Party Administrator (Traveler's Insurance) will attend the settlement conference. However, Ms. Quinn is headquartered in Burlington, New Jersey, and Travelers' representative is located in Texas. For these reasons, I now request the Court's indulgence to permit both Ms. Quinn and Travelers to attend the settlement conference either by video conference, or by telephone, in lieu of personal travel to New York City.

3776986-1



**SPECTOR GADON ROSEN VINCI P.C.**
Attorneys at Law

sgrvlaw.com

**Randi A. Wolf**
Direct Dial Number
P 215.241.8903
Direct Fax Number
F 215.531.9160
rwolf@sgrvlaw.com

**Philadelphia Office**
Seven Penn Center
1635 Market Street
7th floor
Philadelphia, PA 19103
P 215.241.8888
F 215.241.8844

**New York Office**
305 Broadway
7th Floor
New York, NY 10007
P 212.520.1195

**New Jersey Office**
One Greentree Centre
10000 Lincoln Drive East
Suite 201
Marlton, NJ 08053
P 856.988.5490

Admitted to practice:
Pennsylvania
New Jersey
New York

I greatly appreciate the Court's consideration.

Respectfully,

**SPECTOR GADON ROSEN VINCI P.C.**

/s/ *Randi A. Wolf*
**RANDI A. WOLF, ESQUIRE**

RAW/jg
cc:     Laurence D. Rogers, Esquire (via ECF)

---

**APPLICATION GRANTED:** The Settlement Conference in this matter scheduled for Wednesday, August 23, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Thursday, November 9, 2023 at 2:00 p.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>November 2, 2023 by 5:00 p.m.</u>  The National Claims Manager for Burlington Stores, Inc. (Ms. Christianne Quinn) and Burlington's Third Party Administrator (Traveler's Insurance) granted permissions to attend the confernce by video.  Counsel is directed to complete the Electronic device/Wifi form before conference and submit it to chambers.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

07/27/2023

3776986-1