```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
  VILMA RODRIGUEZ,

                                 Plaintiff,              **ORDER SCHEDULING**
                                                            **SETTLEMENT STATUS TELEPHONE**
             -against-                       **CONFERENCE**

BURLINGTON STORES, INC. et al.,           **22-CV-5170 (VSB)**

                                 Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A settlement status telephone conference in this matter is hereby scheduled for **Monday, December 11, 2023, at 5:00 p.m.** At the scheduled time, counsel for the parties shall dial the Court's conference line at **866-434-5269, Access Code 4858267**.

       **SO ORDERED.**

Dated: November 9, 2023
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge